## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DEMETRIUS A. CURTIS**                                              **PLAINTIFF**

**v.**                              **No. 2:11-cv-185-DPM-BD**

**RONNIE WHITE, Sheriff, Phillips County;
JAMES JAKOBS, Jailer, Phillips County Jail;
WHITFIELDS, Jail Administrator, Phillips County
Jail; ROBERT BLAKE, Assistant Jail Administrator,
Phillips County Jail; JANE DOE, Ms. Jeanette, Jailer,
Phillips County Jail; JAMES BELL, originally sued
as Bell; and JOHN DOES, Christopher and Caldell,
Trustees, Phillips County Jail**                                    **DEFENDANTS**

## ORDER

Curtis has objected to Magistrate Judge Beth Deere's recommendation,

*Document No. 31*, that the Court dismiss two claims and several defendants.

On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts the

recommendation with a supplemental word prompted by the objection.

Curtis now says that he showed jailer James Jakobs a bite by a brown-recluse

spider but received no medical attention. *Document No. 32, at 2.* Curtis does

not allege any injury beyond a bite.  In late December 2011, Judge Deere

ordered Curtis to give details about his deliberate-indifference claim within

two weeks or it would be dismissed. *Document No. 13.* Ten months is too long to wait before giving details. And while a brown recluse's bite can lead to serious consequences, Curtis alleges no injury beyond the bite itself. This belated allegation states no constitutional claim. Curtis's deliberate-indifference and mail-confiscation claims are dismissed without prejudice. All defendants except White and Bell are dismissed without prejudice.

So Ordered.


*D.P. Marshall Jr.*
United States District Judge

31 October 2012