IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEMETRIUS A. CURTIS                                          PLAINTIFF

v.                      No. 2:11-cv-185-DPM-BD

RONNIE WHITE, Sheriff, Phillips County;
JAMES JAKOBS, Jailer, Phillips County Jail;
WHITFIELDS, Jail Administrator, Phillips County
Jail; ROBERT BLAKE, Assistant Jail Administrator,
Phillips County Jail; JANE DOE, Ms. Jeanette, Jailer,
Phillips County Jail; JAMES BELL, originally sued
as Bell; and JOHN DOES, Christopher and Caldell,
Trustees, Phillips County Jail                              DEFENDANTS

ORDER

Curtis has objected to Magistrate Judge Beth Deere's recommendation, *Document No. 31*, that the Court dismiss two claims and several defendants. On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts the recommendation with a supplemental word prompted by the objection. Curtis now says that he showed jailer James Jakobs a bite by a brown-recluse spider but received no medical attention. *Document No. 32, at 2*. Curtis does not allege any injury beyond a bite. In late December 2011, Judge Deere ordered Curtis to give details about his deliberate-indifference claim within

two weeks or it would be dismissed. *Document No. 13*. Ten months is too long to wait before giving details. And while a brown recluse's bite can lead to serious consequences, Curtis alleges no injury beyond the bite itself. This belated allegation states no constitutional claim. Curtis's deliberate-indifference and mail-confiscation claims are dismissed without prejudice. All defendants except White and Bell are dismissed without prejudice. So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 October 2012