IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEMETRIUS A. CURTIS                                                            PLAINTIFF

v.                              No. 2:11-cv-185-DPM

RONNIE WHITE, Sheriff, Phillips County;
JAMES JACOBS, Jailer, Phillips County Jail,
originally sued as James Jakobs; WHITFIELDS,
Jail Administrator, Phillips County Jail;
ROBERT BLAKE, Assistant Jail Administrator,
Phillips County Jail; JANE DOE, Ms. Jeanette, Jailer,
Phillips County Jail; JAMES BELL, originally sued
as Bell; JOHN DOES, Christopher and Caldell,
Trustees, Phillips County Jail; and RUBEN
ROBINSON, originally sued as Rulen, Jailer,
Phillips County Jail                                                            DEFENDANTS

## JUDGMENT

Curtis's claims against White, Jacobs, Robinson, and Bell are dismissed with prejudice pursuant to the parties' settlement. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2013